UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-10011-MOORE

UNITED STATES OF AMERICA

vs.

ELITE SKY INTERNATIONAL, INC.,

    Defendant.
_____/

## NOTICE OF TEMPORARY APPEARANCE

Michael B. Nadler of Stumphauzer, Foslid, Sloman, and Kolaya PLLC enters a temporary appearance as counsel on behalf of ELITE SKY INTERNATIONAL, INC. in the above styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

                                      Respectfully submitted,

                                      /s/   Michael B. Nadler
                                      Michael B. Nadler
                                      Fla. Bar No. 0051264
                                      mnadler@sfslaw.com
                                      STUMPHAUZER FOSLID SLOMAN & KOLAYA PLLC
                                      One Biscayne Tower
                                      2 South Biscayne Blvd.
                                      Suite 2250
                                      Miami, FL 33131
                                      Tel: (305) 614-1411
                                      Fax: (305) 614-1425